UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RAGEN, <br><br> Plaintiff, <br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of <br> Social Security <br><br> Defendant. | Civil No. 3:16-CV-1433 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, this 20th day of April 2017, **IT IS ORDERED THAT**:

(1) The Clerk of Court shall enter judgment in favor of Plaintiff John Ragen and against Nancy A. Berryhill[1], Acting Commissioner of Social Security as to Plaintiff's Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") claims under Title II and Title XVI;

(2) The decision of the Acting Commissioner of Social Security denying John Ragen's DIB and SSI claims is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security to conduct a new administrative hearing, fully develop the record, and appropriately evaluate the evidence; and

(3) The Clerk of Court shall **CLOSE** the case.

*s/* Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security as the defendant in this suit.